IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS B. ATKINSON III, | ) |
| | ) |
| Petitioner, | ) Case No. CV-08-375-S-EJL |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| LYNN GUYER, | ) |
| | ) |
| Respondent. | ) |

The Court previously entered an Order dismissing this action with prejudice.

Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Petitioner's case is DISMISSED with prejudice.

DATED: **August 31, 2009**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT** 1